IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 01:09-00009-KD-B |
| | ) |
| WILLIE BRAXTON, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the Court are CJA claims for services filed by court reporters Eddie Howard (Doc. 70) and Roy Isbell (Doc. 71). Defendant Braxton failed to establish his financial eligibility for representation under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, and the Eleventh Circuit dismissed his appeal (Doc. 72). As a result, the Court lacks authority to order payment from CJA funds, and the claims (Docs. 70 & 71) must be and are hereby **DENIED**.

**DONE** and **ORDERED** this the **22nd** day of **March, 2010**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**